UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEGACY HEALTH SYSTEM; et al., Plaintiffs - Appellants, v. PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority and JAMES SCHROEDER, Defendants - Appellees. | No. 23-35511<br><br>D.C. No. 6:22-cv-01460-MO<br>U.S. District Court for Oregon, Eugene<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation